## Envelope Information

**Envelope Id**
1575008

**Submitted Date**
8/3/2017 4:23 PM EDT

**Submitted User Name**
stephanie_pittman@gand.uscourts.gov

## Case Information

**Location**
Fulton - Superior - Business Court 3

**Category**
Civil

**Case Type**
CONTRACT/ACCOUNT

**Date Filed**
3/18/2015

**Case #**
2015CV258501

**Assigned to Judge**
JUDGE, BUSINESS COURT

**Firm Name**
Clerk, United States District Court, Northern District of Georgia

**Filed By**
Stephanie Pittman

## Filings

**Filing Type**

EFile

**Filing Code**
NOTICE

**Filing Description**
Order of Remand from the United States District Court, Northern GA

**Reference Number**
1:17-CV-1808-MHC

**Filing Status**
Submitting

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 17-CV-1808 Electronic Remand Docs.pdf | Order of Remand | | |

## Fees

**NOTICE**

| | Description | Amount |
|---|---|---|
| | Filing Fee | $0.00 |
| | **Filing Total:** | $0.00 |

| | Total Filing Fee | $0.00 |
|---|---|---|
| | **Envelope Total:** | $0.00 |

**Party Responsible for Fees**
Federal Deposit Insurance Corporation, as Receiver for First NBC Bank

**Payment Account**
Clerk, U.S. District Court, Northern Georgia